# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

EMILY ROBERTSON ETIENNE

VERSUS

EBR-COA, ET AL.

CIVIL ACTION

17-445-SDD-RLB

## RULING AND ORDER OF DISMISSAL

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois dated April 17, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's Complaint is dismissed as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e).

Baton Rouge, Louisiana the 7 day of May, 2018.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 4.